

*Court Of Appeals*

*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★       ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00300-CR

Alma Santos **BERLANGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CR-6301
Honorable Sid L. Harle, Judge Presiding

PER CURIAM

Sitting:      Alma L. López, Chief Justice
            Catherine Stone, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:    October 8, 2008

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. The motion is granted, and this appeal is

dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do not publish